Brad D. Krasnoff, TRUSTEE
221 North Figueroa Street, Suite 1200
Los Angeles, CA 90012-2646
Telephone: (213) 250-1800
Facsimile: (213) 250-7900

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>TREVOR SALIBA<br><br><br><br>                                Debtor. | Case No. 1:02-15389-GM<br>Chapter 7<br><br>**NOTICE OF UNCLAIMED DIVIDENDS**<br>**3011** |

**TO KATHLEEN J. CAMPBELL, CLERK OF THE UNITED STATES BANKRUPTCY COURT:**

Please find annexed hereto Check No. 116 in the sum of $140.30 representing the total amount of unclaimed dividend(s) in the above-entitled debtor's estate which will create a zero balance in the bank account. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. A list of the name(s), address(es) and amount(s) to be paid to each claimant entitled to said unclaimed dividend is attached.

Dated: March  16  , 2011

　　　　　　　　　　　　　　　　　　　　　　　　　　 _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　BRAD D. KRASNOFF
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 7 Trustee

4827-0128-1801.1   -1-

## ATTACHMENT NO. 2

### LISTING OF DIVIDEND PAYMENTS
### (EACH CREDITOR CLASS SHOULD BE LISTED SEPARATELY)

CLASS OF CREDITOR BEING PAID:    Bankruptcy Procedure 3011

PERCENTAGE PAID ON CLAIM:    0.52083%

AMOUNT/BALANCE TO DISTRIBUTE:    $0.00

| CLAIM NUMBER | NAME & ADDRESS OF CLAIMANT | AMOUNT OF ALLOWED CLAIM | INTERIM PAYMENT | AMOUNT OF DIVIDEND |
|---|---|---|---|---|
| | CITICAPITAL COMMERCIAL CORP P O BOX 140729 IRVING, TX 75014-1029 | $26,937.96 | | $140.30 |
| | TOTALS: | $26,937.96 | $0.00 | $140.30 |

CASE NUMBER:    1:02-15389-GM

CASE NAME:    SALIBA, TREVOR

* Total also includes employee taxes withheld.

4827-0128-1801.1

**BANK OF AMERICA, N.A.**
CUSTOMER CONNECTION
32-1/1110 TX 0

TURNOVER OF FUNDS TO COURT
CLAIM 000003 - 0.52083%. PAID
PURSUANT LBR 3011.

BRAD KRASNOFF, CHAPTER 7 TRUSTEE
(213) 250-1800
221 NO. FIGUEROA ST., SUITE 1200
LOS ANGELES, CA  90012

CHECK NUMBER: **116**

DATE: 03/16/11

AMOUNT: *********140.30

**1780932**
PAY TO THE ORDER OF

CASE NUMBER: 1:02-15389   GM    ESTATE OF Debtor: SALIBA, TREVOR

UNITED STATES BANKRUPTCY COURT
C/O FINANCE DEPARTMENT
255 EAST TEMPLE STREET
LOS ANGELES, CA  90012

One Hundred Forty Dollars And 30/100

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑈000116⑈ ⑇111000012⑇ 4437119256⑈

| Date: 03/16/11 | Check Number: 116 | Amount: 140.30 |
|---|---|---|
| Case Number: 1:02-15389  GM<br>Debtor Name: SALIBA, TREVOR<br>SSN: 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 | | |
| Paid To: **UNITED STATES BANKRUPTCY COURT**<br>**C/O FINANCE DEPARTMENT**<br>**255 EAST TEMPLE STREET**<br>**LOS ANGELES, CA  90012** | Trustee: BRAD KRASNOFF, CHAPTER 7 TRUSTEE<br>(213) 250-1800<br>221 NO. FIGUEROA ST., SUITE 1200<br>LOS ANGELES, CA  90012 | |
| Description: TURNOVER OF FUNDS TO COURT   CLAIM 000003 - 0.52083%.  PAID PURSUANT LBR 3011. | | |
| Bank Account Number: 4437119256 | | |